**Order entered January 6, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00298-CR

## THE STATE OF TEXAS, Appellant

## V.

## JASON DEFON ARMSTRONG, Appellee

**On Appeal from the County Criminal Court of Appeals No. 2**
**Dallas County, Texas**
**Trial Court Cause No. M1761288**

## ORDER

Appellee's motion for an extension of time to file his brief is GRANTED,

and the Clerk of the Court is ordered to file the brief tendered to the Court.

/s/     LANA MYERS
JUSTICE